# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**MICHAEL LEE JORDAN**                                                                **PLAINTIFF**

**v.**                                                          **CIVIL NO. 1:23-cv-00190-BWR**

**JOHN DOE**                                                                          **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Court's Order of Dismissal Without Prejudice, issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff Michael Lee Jordan's claims against Defendant John Doe are **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Order and to prosecute. There being no other claims to adjudicate, this case is **CLOSED**.

**SO ORDERED AND ADJUDGED**, this the 14th day of July, 2025.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE